UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case No. 3:24-cr-51-4

vs.

BRANDON WHYLEE FISHER,           District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) DIRECTING THE CLERK OF COURT TO PERMIT COUNSEL FOR DEFENDANT BRANDON WHYLEE FISHER TO FILE UNDER SEAL A MOTION FOR A COMPETENCY EVALUATION; AND (2) REQUIRING THE UNITED STATES DEPARTMENT OF JUSTICE TO PAY FOR DEFENDANT'S COMPETENCY EVALUATION**

_____

        This felony criminal case is before the Court following a telephone status conference on October 23, 2024.  Pursuant to the record of the conference, the Court **DIRECTS** the Clerk of Court to permit Defendant Brandon Whylee Fisher to file under seal a motion for competency evaluation.  Further, the Court **ORDERS** the United States Department of Justice to pay for Defendant's competency evaluation.

        **IT IS SO ORDERED.**

October 29, 2024                                        s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge